IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cintron, Juan P | Case Number: 07 B 03139 |
|---|---|---|
| | Cintron, Kimberly | Judge: Hollis, Pamela S |
| | Printed: 6/26/07 | Filed: 2/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: May 30, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 480.00 |  |
| Secured: |  | 162.66 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 291.42 |
| Trustee Fee: |  | 25.92 |
| Other Funds: |  | 0.00 |
| Totals: | 480.00 | 480.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,500.00 | 291.42 |
| 2. | Real Time Solutions | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Carriage Homes Condo Assoc. | Secured | 0.00 | 0.00 |
| 5. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 6. | Schwartz Wolf & Bernstein LLP | Secured | 1,952.00 | 162.66 |
| 7. | Real Time Solutions | Secured | 2,950.00 | 0.00 |
| 8. | Carriage Homes Condo Assoc. | Secured | 1,625.00 | 0.00 |
| 9. | EMC Mortgage Corporation | Secured | 6,150.00 | 0.00 |
| 10. | General Motors Acceptance Corp | Unsecured | 1,234.48 | 0.00 |
| 11. | Dell Financial Services, Inc | Unsecured | 156.89 | 0.00 |
| 12. | IC System Inc | Unsecured | | No Claim Filed |
| 13. | KCA Financial Services | Unsecured | | No Claim Filed |
| 14. | KCA Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,568.37 | $ 454.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 25.92 |
| | _____ |
| | $ 25.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Cintron, Juan P                                  Case Number:  07 B 03139
　　　　　 Cintron, Kimberly                             Judge:  Hollis, Pamela S
　　　　　 Printed:  6/26/07                              Filed:  2/23/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

　　　　　　　　　　　　　　　　　　Marilyn O. Marshall, Trustee, by:

　　　　　　　　　　　　　　　　　　_Denise Ashley_____